EASTERN DISTRICT OF MICHIGAN

In the Matter of:  Case No.    04-75852

Christine Peterson  Chapter 13 Proceedings

Debtor(s)  Hon. PHILLIP J SHEFFERLY

## AMENDED - NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| United Collection Bureau Inc.<br>5620 Southwyck Blvd #206<br>Toledo, Ohio 43614 | 4 | 10 | Unsecured | Various | $56.41 |
| **TOTAL** | | | | | $56.41 |

Dated: 1/12/11

/S/KRISPEN S CARROLL
Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com